**[Form b250e]**[Summons to Debtor Invol BK]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Ski Mania Sports, LLC<br>           Debtor(s). | Case No. 10−21933 JAB<br>Chapter 7 |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

    A petition under title 11, United States Code was filed against you on **February 23, 2010** in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file a motion or answer to the petition which is attached to this summons with the clerk of the bankruptcy court within 21 days after the date of service of this summons.

    Address of Clerk:    David A. Sime, Clerk of Court
                                  U.S. Bankruptcy Court, District of Utah
                                  Frank E. Moss Courthouse
                                  350 S. Main Street #301
                                  Salt Lake City, UT 84101

    At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney:

                                  Roger G. Segal
                                  Cohne Rappaport & Segal
                                  257 East 200 South
                                  Suite 700
                                  P.O. Box 11008
                                  Salt Lake City, UT 84147−0008

    If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

    **IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Petitioner's Attorney is to serve a copy of the SUMMONS and the Petition in accordance with the rules within ten (10) days of the date of this notice, and is to certify in writing to the clerk compliance therewith.

Date issued: February 24, 2010

*David A. Sime* (signature)

David A. Sime
Clerk of Court

This page intentionally left blank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:　　　　　　　　　　　　　　　　　　　　　　　　Case No. 10–21933 JAB
　　　Ski Mania Sports, LLC　　　　　　　　　　　　　Chapter 7
　　　　　　　Debtor(s).

CERTIFICATE OF SERVICE OF PROCESS
OF INVOLUNTARY PETITION

I *[name]* _____,

of *[address]* _____

certify that at all times hereinafter mentioned, I was not less than 18 years of age, and not a party to the matter concerning which the service of process was made; and further certify the Summons dated February 24, 2010, along with a copy of the involuntary petition filed were made on

*[date served]* _____

Upon the debtor in this case by *[describe here the name of person served and the mode of service]*

Upon the said debtor at *[enter location]*

I certify under penalty of perjury that the forgoing is true and correct.

_____    _____
 Executed on              Signature
                          _____
                          Print Name
                          _____
                          Business Address
                          _____
                          City/State/Zip

Note: Once service of process if complete, file this form with the court at the following address.

U.S. Bankruptcy Court, District of Utah
Frank E. Moss Courthouse
350 S. Main Street #301
Salt Lake City, UT 84101

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: djf                    Page 1 of 1                  Date Rcvd: Feb 24, 2010
Case: 10-21933                Form ID: b250e               Total Noticed: 8

The following entities were noticed by first class mail on Feb 26, 2010.
aty            Roger G. Segal,    Cohne Rappaport & Segal,    257 East 200 South,    Suite 700,    P.O. Box 11008,
                Salt Lake City, UT  84147-0008
ust           +United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
                Salt Lake City, UT 84111-3402
ptcrd         +Amer Sports Winter & Outdoor Company dba,    2030 Lincoln Avenue,    Ogden, UT 84401-0430
ptcrd         +Atomic Ski USA, Inc.,    2030 Lincoln Avenue,    Ogden, UT 84401-0430
ptcrd         +Betty Rides, Inc.,    216 NE 28th Avenue,    Portland, OR 97232-3148
ptcrd         +Cloudviel, a Division of Spyder Active S,    4725 Walnut Street,    Boulder, CO 80301-2537
ptcrd         +Head USA, Inc.,    1 Selleck Street, 4th Floor,    Nowarlk, CT 06855-1120
ptcrd         +Scott USA, Inc.,    P.O. Box 2030,    Ketchum, ID 83340-2030

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**          **Signature:** _Joseph Speetjens_