B 250E
(11/00)

Served _SAME_
Date & Time _3-26-10 1700_
Place _SAME_
Process Server _J HOLDEN_
Chris J. Burton & Associates

# United States Bankruptcy Court
## District of Utah

In re __Ski Mania Sports, LLC__  Case No. __10-21933__
Debtor*

Chapter __7__

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on __02/23/10__ in this bankruptcy court, requesting an order for relief under chapter __7__ of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| **Address of the Clerk** |
|---|
| United States Bankruptcy Court |
| Frank E. Moss, United States Courthouse |
| 350 South Main Street, #301 |
| Salt Lake City, Utah 84101 |

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| Roger G. Segal |
| Cohne, Rappaport & Segal, P.C. |
| 257 East 200 South, Suite 700, Salt Lake City, UT 84111 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, order for relief will be entered.**

_____
Clerk of the Bankruptcy Court

__2-26-10__  By: _____
Date                  Deputy Clerk

*set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005)

Case No. __10-21933__

# CERTIFICATE OF SERVICE

I, __John Holden__,
of**_____
certify:

That I am, and at all times hereinafter mentioned was more than 18 years of age; That on the __28__ day of __March__, 20__10__

I served a copy of the within summons, together with the petition filed in this case, on
Ski Mania Sports, LLC,

__By leaving summons to Debtor in Involuntary Case Petition w/ Kristopher J. Dow, Registered Agent.__

the debtor in this case, by [describe here the mode of service]
By process server

the said debtor at

5576 South 1750 East, Ogden, UT  84403

I certify under the penalty of perjury, that the foregoing is true and correct.

__3/28/10__                                        __John Holden__
Date                                                    Signature

** State mailing address.

Reference No. 10-21933

# Chris J. Burton & Associates

CASE NAME: _UNITED STATES BANKRUPTCY COURT_ vs. _SKI MANIA SPORTS LLC_

### ***AFFIDAVIT OF SERVICE***
**************************

STATE OF UTAH )
:
County of Davis )

I, _JOHN HOLDEN_, being first duly sworn, state:

That on the _25_ day of _MARCH_, 20 _10_, I received the annexed _SUMMONS AND Copy OF INVOLUNTARY PETITION_

_____ ,

And being a person over the age of 21, a resident of this State and not a party to the action, I served:
_SKI MANIA SPORTS, LLC_ a true and correct copy thereof on _3/28/10   1700_ by:

☐ DELIVERING SAID COPY TO SAID INDIVIDUAL PERSONALLY

☒ LEAVING SAID COPY WITH _REGISTERED AGENT: KRISTOPHER J DOW_

☐ DID NOT SERVE

AT: _1691 East South Weber Drive - South Weber, Utah 84041_

A PERSON OF SUITABLE AGE AND DISCRETION AT THE USUAL PLACE OF ABODE OF THE INDIVIDUAL BEING SERVED AND PRESENTLY RESIDING THEREIN.

UPON SERVING THE SAME, I endorsed the date and place of service and my name on the copy served and showed the original to the person served.

DATED the _28_ day of _MARCH_, 20 _10_.

AFFIANT: _John Holden_

SUBSCRIBED AND SWORN to before me on _MAR 28 2010_

NOTARY PUBLIC
Residing at:
My Commission Expires:

CHRIS J BURTON
NOTARY PUBLIC - STATE OF UTAH
195 PINE WOOD CIR
LAYTON, UT 84040
COMM. EXP. 11-23-2010

SERVICE FEE    $ _15.00_
MILEAGE FEE    $ _45.00_
TOTAL DUE      $ _60.00_