[Form b250e][Summons to Debtor Invol BK]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  
    Ski Mania Sports, LLC  
        Debtor(s).

Case No. 10-21933 JAB  
Chapter 7

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on **February 23, 2010** in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file a motion or answer to the petition which is attached to this summons with the clerk of the bankruptcy court within 21 days after the date of service of this summons.

Address of Clerk:    David A. Sime, Clerk of Court  
        U.S. Bankruptcy Court, District of Utah  
        Frank E. Moss Courthouse  
        350 S. Main Street #301  
        Salt Lake City, UT 84101

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney:

        Roger G. Segal  
        Cohne Rappaport & Segal  
        257 East 200 South  
        Suite 700  
        P.O. Box 11008  
        Salt Lake City, UT 84147-0008

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Petitioner's Attorney is to serve a copy of the SUMMONS and the Petition in accordance with the rules within fourteen (14) days of the date of this notice, and is to certify in writing to the clerk compliance therewith.

Date issued: April 28, 2010

*/s/ David A. Sime*  
David A. Sime  
Clerk of Court

61904003708020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

Ski Mania Sports, LLC
      Debtor(s).

Case No. 10-21933 JAB
Chapter 7



## CERTIFICATE OF SERVICE OF PROCESS
## OF INVOLUNTARY PETITION

I *[name]* Amy Peterson,

of *[address]* Cohne, Rappaport & Segal, 257 E. 200 So. Ste 700, SLC, UT 84147

certify that at all times hereinafter mentioned, I was not less than 18 years of age, and not a party to the matter concerning which the service of process was made; and further certify the Summons dated April 28, 2010, along with a copy of the involuntary petition filed were made on

*[date served]* May 4, 2010

Upon the debtor in this case by *[describe here the name of person served and the mode of service]*

Ski Mania Sports, LLC served via U.S. Postal Service mailing
Scott P. Nickle served via U.S. Postal Service mailing

Upon the said debtor at *[enter location]*

| Ski Mania Sports, LLC | Ski Mania Sports, LLC | Scott P. Nickle, Attorney at Law |
| P.O. Box 150412 | 1691 E. South Weber Dr. | 4605 Harrison Blvd., Third Floor |
| Ogden, UT 84415 | South Weber, UT 84041 | Ogden, UT 84403 |

I certify under penalty of perjury that the forgoing is true and correct.

May 4, 2010
Executed on

*(signature)*
Signature
Amy Peterson
Print Name
257 E. 200 So., Ste 700,
Business Address
SLC, UT 84147
City/State/Zip

Note: Once service of process if complete, file this form with the court at the following address.

U.S. Bankruptcy Court, District of Utah
Frank E. Moss Courthouse
350 S. Main Street #301
Salt Lake City, UT 84101