**The below described is SIGNED.**



**Dated: June 14, 2010**   _____

**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**

_____

**PREPARED AND SUBMITTED BY:**

Roger G. Segal (#2908)
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
P. O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
roger@crslaw.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

----oOo0oOo----

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Ski Mania Sports, LLC | ) | Bankruptcy No. 10-21933 JAB |
| | ) | (Involuntary Chapter 7) |
| Debtor(s). | ) | |

----oOo0oOo----

**ORDER FOR RELIEF**

_____

A Chapter 7 Involuntary Petition having been filed on February 23, 2010 against Ski Mania

Sports, LLC, and Ski Mania Sports, LLC having been served with a Summons and a copy of the

Chapter 7 Involuntary Petition and the time to file an answer or other response to the Chapter 7

Involuntary Petition having expired; and no answer or other response to the Chapter 7 Involuntary

Petition having been filed; now, therefore,

_____

Filed: 06/14/10

On consideration of the Chapter 7 Involuntary Petition filed against Ski Mania Sports, LLC,.

an Order for Relief against Ski Mania Sports, LLC, under Chapter 7 of the Bankruptcy Code is

granted.

**END OF DOCUMENT**



## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 14th day of June, 2010 a true and accurate copy of the foregoing document was mailed, first class, postage fully prepaid, in the United States mail, to:

Laurie A. Cayton
United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, Utah 84111

Scott P. Nickle
Attorney at Law
4605 Harrison Blvd., Third Floor
Ogden, UT 84403

Ski Mania Sports
P.O. Box 150412
Ogden, UT 84415

Ski Mania Sports
1691 E. South Weber Dr.
South Weber, UT 84041

/s/ _____

## CLERK'S CERTIFICATE OF MAILING

The undersigned hereby certifies that on the __ day of June, 2010 a true and accurate copy of the

foregoing Order was mailed, first class, postage fully prepaid, in the United States mail, to:

Roger G. Segal
Cohne, Rappaport & Segal
257 East 200 South, Suite 700
P. O. Box 11008
Salt Lake City, Utah  84147-0008

Laurie A. Cayton
United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, Utah 84111

Scott P. Nickle
Attorney at Law
4605 Harrison Blvd., Third Floor
Ogden, UT 84403

Ski Mania Sports
P.O. Box 150412
Ogden, UT 84415

Ski Mania Sports
1691 E. South Weber Dr.
South Weber, UT 84041

_____
**Deputy Clerk**

F:\AMY P\RGS\1 COLLECT\Ski Mania Involuntary\Order for Relief.wpd)