**Form 752**[Order of Reassignment]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

    Ski Mania Sports, LLC

          Debtor(s).

Case No. 10–21933

Chapter 7

ORDER OF REASSIGNMENT

      Due to the retirement of the Honorable Judith A. Boulden, the Court has reassigned the judge in the above captioned case pursuant to LR 1073–1.

      Pursuant thereto, the Court hereby reassigns the above captioned case, and any associated open adversary proceedings to the Honorable Joel T. Marker.

Dated: July 2, 2010

*William J. Thurman*

United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: admin                  Page 1 of 1                  Date Rcvd: Jul 02, 2010
Case: 10-21933                 Form ID: f752                Total Noticed: 12

The following entities were noticed by first class mail on Jul 04, 2010.
db           +Ski Mania Sports, LLC,    P.O. Box 150412,    Ogden, UT 84415-0412
aty          +Laurie A. Cayton,    U.S. Trustees Office,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, UT 84111-3402
aty           Roger G. Segal,    Cohne Rappaport & Segal,    257 East 200 South,    Suite 700,    P.O. Box 11008,
               Salt Lake City, UT  84147-0008
tr            David L. Miller tr,    P.O. Box 9,    Farmington, UT  84025-0009
ust          +United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, UT 84111-3402
ptcrd        +Amer Sports Winter & Outdoor Company dba,    2030 Lincoln Avenue,    Ogden, UT 84401-0430
ptcrd        +Atomic Ski USA, Inc.,    2030 Lincoln Avenue,    Ogden, UT 84401-0430
ptcrd        +Betty Rides, Inc.,    216 NE 28th Avenue,    Portland, OR 97232-3148
ptcrd        +Cloudviel, a Division of Spyder Active S,    4725 Walnut Street,    Boulder, CO 80301-2537
ptcrd        +Head USA, Inc.,    1 Selleck Street, 4th Floor,    Nowarlk, CT 06855-1120
ptcrd        +Scott USA, Inc.,    P.O. Box 2030,    Ketchum, ID 83340-2030
7025257      +Rossignol Group,    CCS-Rossignol Group,    2520 Grand Ave. Suite 212,
               Glenwood Springs, CO 81601-4195

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**                         **Signature:** _Joseph Speetjens_